UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE NO. 1,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　Defendants. | CIVIL ACTION NO: 25-1962 |

**ORDER**

**AND NOW**, this _____ day of April 2025, upon consideration of Plaintiff's Motion for Temporary Restraining Order, and having determined that: (1) Plaintiff has established a likelihood of success on the merits; (2) Plaintiff will suffer irreparable harm if the TRO is denied; (3) granting the TRO will not result in irreparable harm to Defendants; and (4) granting the TRO is in the public interest, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, for the duration of this TRO:

1. Defendants are enjoined from terminating Plaintiff's F-1 student status records from SEVIS;

2. Defendants are enjoined from directly or indirectly enforcing, implementing, or otherwise taking any action imposing any legal consequences as the result of the decision to terminate Plaintiff's SEVIS records;

3.    This Order shall remain in effect until _____ unless otherwise extended, modified, or vacated by further Order of Court.

It is so **ORDERED**.

**BY THE COURT:**

_____
**CYNTHIA M. RUFE, J.**