IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE NO. 1,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Defendants. | CIVIL ACTION NO. 25-1962 |

## ORDER

**AND NOW,** this 23rd day of April 2025, upon consideration of Plaintiff's Complaint [Doc. No. 1] and Motion for Temporary Restraining Order [Doc. No. 8], and after a hearing before this Court on April, 22, 2025, it is hereby **ORDERED** that the parties and counsel shall appear before this Court on **Thursday, April 24, 2025 at 2:00 P.M.** in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106 and **SHOW CAUSE** why this Court should vacate the Stipulated Order entered in this matter on April 22, 2025 after hearing in Court.

Defendants shall respond to the Motion for Temporary Restraining Order [Doc. No. 8] in writing prior to the hearing. All parties, witnesses, and counsel shall appear.

It is so **ORDERED.**

                                                                             **BY THE COURT:**

                                                                             /s/ Cynthia M. Rufe

                                                                             **CYNTHIA M. RUFE, J.**