# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STUDENT DOE NO. 1,**<br>　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**KRISTI NOEM,** *et al.*,<br>　　　　　　　　**Defendants.** | **CIVIL ACTION NO: 25-1962** |

## AMENDED [PROPOSED] ORDER

**AND NOW**, this ___ day of April 2025, upon consideration of Plaintiff's Motion for Temporary Restraining Order, and having determined that: (1) Plaintiff has established a likelihood of success on the merits; (2) Plaintiff will suffer irreparable harm if the TRO is denied; (3) granting the TRO will not result in irreparable harm to Defendants; and (4) granting the TRO is in the public interest, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, for the duration of this TRO:

1.　　　Defendants are enjoined from terminating Plaintiff's F-1 student status records from SEVIS;

2.　　　Defendants are enjoined from directly or indirectly enforcing, implementing, or otherwise taking any action imposing any legal consequences as the result of the decision to terminate Plaintiff's SEVIS records on or around

April 10, 2025, including, but not limited to, detention or initiation of removal proceedings;

3.     Defendants shall restore Plaintiffs' F-1 student status, restore Plaintiff's SEVIS authorization, and restore Plaintiff's SEVIS record to active status, retroactive to April 10, 2025. By Friday, April 25, 2025, at 5:00 p.m., Defendants shall file a notice of compliance with this Order.

4.     This Order shall remain in effect until _____ unless otherwise extended, modified, or vacated by further Order of Court.

It is so **ORDERED**.

**BY THE COURT:**


_____
**CYNTHIA M. RUFE, J.**