# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STUDENT DOE No. 1, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:25-cv-01962-CMR |
| | : | |
| v. | : | |
| | : | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the U.S. DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his Official capacity as Acting Director of U.S. Immigration and Customs Enforcement | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendants' motion for leave to file a memorandum of law exceeding fifteen pages, it is hereby **ORDERED** that the motion is **GRANTED**. The Court will accept as filed (ECF No. 21) Defendants' memorandum of law in opposition to Plaintiff's motion for a temporary restraining order.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STUDENT DOE No. 1, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:25-cv-01962-CMR |
| | : | |
| v. | : | |
| | : | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the U.S. DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his Official capacity as Acting Director of U.S. Immigration and Customs Enforcement | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A BRIEF AND MEMORANDUM OF LAW EXCEEDING FIFTEEN PAGES**

For the reasons set forth in the accompanying memorandum of law, Defendants respectfully request that the Court enter the accompanying order granting leave to Defendants to file a memorandum of law that exceeds 15 pages but shall not exceed 25 pages.

Date:       April 24, 2025              Respectfully submitted,

                                              DAVID METCALF
                                              United States Attorney

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8267
Email: anthony.stjoseph@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STUDENT DOE No. 1, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:25-cv-01962-CMR |
| | : | |
| v. | : | |
| | : | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the U.S. DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his Official capacity as Acting Director of U.S. Immigration and Customs Enforcement | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE**
**<u>MEMORANDUM OF LAW EXCEEDING TEN PAGES</u>**

Defendants filed a brief and memorandum of law in opposition to the Plaintiffs Motion for a Temporary Restraining Order (TRO). *See* ECF No. 21. Defendants respectfully request the Court grant the Defendants leave to file a motion of law that exceeds fifteen pages, but which is no longer than twenty-five pages.

This Court's Policies and Procedures limit memoranda of law to 15 pages, absent leave. Policies and Procedures for Judge Cynthia Rufe, Civil Matters, part 6.

Additional pages are necessary to fully present the background, history, and purpose of the immigration record—called SEVIS—that is the subject of Plaintiff's

3

Motion for TRO. Plaintiff contends that his SEVIS record has been terminated improperly. *See* ECF No. 8.

In their brief, Defendants explain the background and purpose of the SEVIS record. It requires more than 15 pages to adequately provide that background, along with the relevant case law and statutory support. Consequently, Defendants request that they be permitted an additional 10 pages (*i.e.*, that the page limit be increased from 15 to 25 pages) for its memorandum of law in opposition to Plaintiff's TRO motion.

WHEREFORE, Defendants respectfully request that the Court enter the accompanying order granting Defendants leave to file a memorandum of law exceeding 15 pages.

Dated:   April 24, 2024

/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8267
Email: anthony.stjoseph@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing Motion for Leave to Exceed Page Limits was filed electronically through the Court's CM/ECF system, which will send notice to all attorneys of record.

Dated:  April 24, 2025

/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney