**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STUDENT DOE NO. 1,** <br> **Plaintiff,** <br> **v.** <br> **KRISTI NOEM, *et al.*,** <br> **Defendants.** | **CIVIL ACTION NO. 25-1962** |

**ORDER**

**AND NOW,** this 24th day of April 2025, upon consideration of Plaintiff's Motion For Leave To Proceed Using A Pseudonym, To Require Redaction Of Identifying Information From Filings, And To Close All Hearings To The Public [Doc. No. 18] ("the Motion"), and the hearing held on the record on **April 24, 2025**, it is hereby **ORDERED** that for purposes of the Motion for a Temporary Restraining Order [Doc. No. 8] that the Motion is **GRANTED in part and DENIED in part without prejudice** for the reasons stated on the record. It is **GRANTED** insofar as Plaintiff may proceed under a pseudonym identity, and redact any identifying information from filings related to the Motion for a Temporary Restraining Order [Doc. No. 8]. It is **DENIED** insofar as the Court declines to close the hearings to the public.[1]

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**

---

[1] *Publicker Industries, Inc. v. Cohen*, 733 F.2d 1059, 1070 (3d Cir. 1984) (citing *Globe Newspaper Co. v. Superior Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982)).