**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**STUDENT DOE NO. 1,**

                **Plaintiff,**          **CIVIL ACTION NO.  25-1962**

    **v.**

**KRISTI NOEM, *et al.*,**

                **Defendants.**

## <u>ORDER</u>

**AND NOW,** this 25th day of April 2025, it is hereby **ORDERED** and **DIRECTED** that counsel for the parties meet and confer and file a joint submission to supplement the hearing record on Plaintiff's Motion for a Temporary Restraining Order heard in Court yesterday, April 24, 2025. This directive is initiated by the Court based on information emailed to Chambers on April 24, 2025 after the hearing concluded, at 8:26 P.M., please see attached.

The submission must jointly verify or refute the act reported in said email, including the date and time of the revision to the Student and Exchange Visitor Information System ("SEVIS") record. The joint submission must be signed by Plaintiff and a representative of Defendants, not by their counsel. The submission must also jointly confirm for the record that Plaintiff's SEVIS record has been returned to active status. If so, each party shall brief the Court as to how, if at all, this recent change should be incorporated into the hearing record in this matter, which has been submitted to this Court under advisement for the issuance or denial of a Temporary Restraining Order.

The joint submission and briefing must be filed no later than **Monday, April 28, 2025 at 12:00 P.M. ET.**

It is so **ORDERED.**

**BY THE COURT:**

 **/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**

| | |
|---|---|
| **From:** | David Santee |
| **To:** | Chambers of Judge Cynthia M Rufe |
| **Cc:** | Kasturi Sen; anthony.stjoseph_usdoj.gov; david.degnan_usdoj.gov; erin.lindgren_usdoj.gov; in den Berken, Gregory (USAPAE) |
| **Subject:** | Doe v. Noem, et al., 25-cv-1962 |
| **Date:** | Thursday, April 24, 2025 8:26:43 PM |

**CAUTION - EXTERNAL:**

Your Honor:

This evening, Temple University informed Plaintiff that it had checked SEVIS again tonight and discovered that Plaintiff's SEVIS record has been returned to "active" status. Plaintiff is bringing this to Your Honor's attention immediately as Plaintiff's Motion for a Temporary Restraining Order is under advisement with the Court. We are not yet ready to advise the Court of Plaintiff's position on any effect that the restoration of Plaintiff's SEVIS record to active status may have on the pending motion or the action generally.

We are available to address this issue further at any time and matter the Court considers to be appropriate.

Respectfully,

David Santee
Kasturi Sen
Counsel for Plaintiff

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.