UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STUDENT DOE NO. 1,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **KRISTI NOEM**, in her official capacity as : <br> Secretary of Homeland Security; the **U.S.** : <br> **DEPARTMENT OF HOMELAND** : <br> **SECURITY**; and **TODD LYONS**, in his official : <br> capacity as Acting Director of U.S. Immigration : <br> and Customs Enforcement, : <br> : <br> **Defendants.** | **CIVIL ACTION NO: 25-1962** |

## PARTIES' JOINT SUBMISSION

Pursuant to the Court's April 25, 2025 Order directing the parties to meet and confer and file a joint submission to confirm for the record that Plaintiff's SEVIS record has been returned to active status on Plaintiff's Motion for a Temporary Restraining Order, ECF No. 25, the parties submit the following.

Defendants verify that the Plaintiff's Student and Exchange Visitor Information System ("SEVIS") record was **reactivated** on April 24, 2025 at 3:25 pm E.D.T. (*See* 4/27/2025 Declaration of James Hicks, U.S.D.H.S. (the "Hicks Declaration"), attached here as Exhibit A).

By signing below, Plaintiff verifies that they received an email from Joan McGinley, Director of International Student and Scholar Services at Temple University, on April 24, 2025 at 6:17 PM, stating that their SEVIS record was returned to active status. (*See* 4/24/2025 Email from Ms. McGinley to Plaintiff, attached here as Exhibit B.)

Having no direct access to SEVIS, Plaintiff does not have information sufficient to verify or dispute whether their SEVIS record continues to be in active status today.

The original of this Joint Submission includes Plaintiff's full name and signature. The Parties will file a redacted version with Plaintiff's name and signature removed. Both parties are in possession of the unredacted version.

_____
**Student Doe No. 1**

_____
**U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement**