# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE NO. 1,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, *et.al.*,<br><br>Defendant. | No. 25-1962 |

### DECLARATION OF JAMES HICKS

1. My name is James Hicks, I am employed by the Student and Exchange Visitor Program within Homeland Security Investigations as the Division Chief of External Operations. As part of my employment, I have access to Student and Exchange Visitor Information System (SEVIS) records. In support of this declaration, I have accessed the record of the plaintiff in this case, and this declaration is made from first-hand knowledge after accessing the record.

2. I confirm that the Plaintiff's SEVIS record was reactivated on April 24, 2025, at 3:25 p.m. (EDT). Accordingly, the Plaintiff's SEVIS record has been returned to active status.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April 2025.

JAMES D HICKS
Digitally signed by JAMES D HICKS
Date: 2025.04.27 19:15:03 -04'

James Hicks
Division Chief, External Operations
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security