# EXHIBIT B

### Re: SEVIS record

**From:** Joan McGinley joan.mcginley@temple.edu
**To:** ██████████████████@temple.edu
**Cc:** ██████████@gmail.com
**Date:** Thu, Apr 24, 2025, 6:17 PM

██████,

Your SEVIS record is back in an "active" status! There was a message out on the listserv I mentioned earlier

"PSA to check your student records who were terminated in this ICE/SEVP situation because we were alerted by an impacted student that he had heard that records were being activated. Lo and behold, it was true. It is still only a small % of our impacted records but it is good news (I hope). I will be checking again in the morning to see if more have changed status. In the SEVIS event history it is listed as a "Manual Data Change"."



| Event Name | Event Date | Resulting Status | Pe |
|---|---|---|---|
| Manual Data Change | 04/24/2025 15:25:04 | ACTIVE | SE |
| Manual Data Change | 04/10/2025 09:47:11 | TERMINATED | SE |

Your was one of those put back to an "active" status.

Sincerely,

Joan McGinley, Director
International Student and Scholar Services
1938 Liacouras Walk
Philadelphia, PA 19122
She/Her/Hers

Office Hours and Appointments | Temple University International Student and Scholar Services