IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE NO. 1,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTI NOEM, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 25-1962 |

## ORDER

**AND NOW,** this 28th day of April 2025, upon consideration of Plaintiff's Motion for a Temporary Restraining Order [Doc. No. 8], and after hearings on the Motion before this Court on April 22, 2025 and April 24, 2025, it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion. It is further **ORDERED** that:

1. Defendants shall return Plaintiff's record in the Student and Exchange Visitor Information ("SEVIS") to Active status. This status shall be retroactive to April 10, 2025.

2. Defendants may not change or otherwise modify Plaintiff's SEVIS record.

3. Defendants are prohibited from detaining or transferring Plaintiff out of this Court's jurisdiction, or ordering the detention or transfer of Plaintiff out of this Court's jurisdiction.

4. Defendants are prohibited from initiating removal proceedings against or deporting Plaintiff.

5. Plaintiff shall file a Motion for a Preliminary Injunction or other relevant briefing on or before **May 15, 2025** up to 30 pages in length, exclusive of any coverage page, table of contents, table of authorities, or certifications.

6. Any responses thereto may be filed on or before **May 22, 2025** up to 30 pages in length, exclusive of any coverage page, table of contents, table of authorities, or certifications.

7. The Parties and Counsel shall appear before this Court on **Wednesday, May 29, 2025 at 2:00 P.M.** in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia PA 19106 for a preliminary injunction hearing.

8. Defendants' Motion For Leave To File A Brief And Memorandum Of Law Exceeding Fifteen Pages [Doc. No. 22] is **GRANTED**. The Court will accept as filed Defendants' Response in Opposition to Plaintiff's Motion for Temporary Restraining Order.

It is further **ORDERED** that the security requirement of Federal Rule of Civil Procedure 65(c) is waived.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**