IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STUDENT DOE NO. 1, | : | |
| Plaintiff | : | CIVIL ACTION |
| vs. | : | NO.  25-1962 |
| KRISTI NOEM, et al., | : | |
| Defendants | : | |

### NOTICE OF INTENT TO REQUEST REDACTION

    Notice is hereby given that a Redaction Request seeking court approval for the redaction of specific personal identifiers will be submitted to the Court within 21 days from the Notice of Filing of Official Transcript.

S/ *s/ David S. Santee*
Attorney for: Plaintiff, Student Doe No. 1
Address:  12 Veterans Square, Suite 1
             Media, PA 19063

Date:  05/05/2025