IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE NO. 1,<br><br>              **Plaintiff,**<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>              **Defendants.** | CIVIL ACTION NO. 25-1962 |

**ORDER**

**AND NOW,** this 4th day of June 2025, upon consideration of Plaintiff's Motion for a Preliminary Injunction [Doc. No. 42], and after hearings on the Motion before this Court on May 29, 2025, it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion. It is further **ORDERED** that:

1. Defendants shall maintain Plaintiff's record in the Student and Exchange Visitor Information ("SEVIS") as Active status to the retroactive date of April 10, 2025.

2. Defendants may not change or otherwise modify Plaintiff's SEVIS record absent a valid ground as set forth in 8 C.F.R. §§ 214.1(d)–(g); 214.2(f), or solely on the basis of plaintiff's arrest on March 16, 2025.

3. Defendants are prohibited from detaining or transferring Plaintiff out of this Court's jurisdiction, or ordering the detention or transfer of Plaintiff out of this Court's jurisdiction as a result of the April 10, 2025 termination of Plaintiff's SEVIS record or solely on the basis of plaintiff's arrest on March 16, 2025.

4. Defendants are prohibited from initiating removal proceedings against or deporting Plaintiff as a result of the April 10, 2025 termination of Plaintiff's SEVIS record or solely on the basis of plaintiff's arrest on March 16, 2025.

5. This Order shall remain in effect until a final order is entered in this case.

It is further **ORDERED** that the security requirement of Federal Rule of Civil Procedure 65(c) is waived.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                /s/ **Cynthia M. Rufe**

                                                **CYNTHIA M. RUFE, J.**