IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE NO. 1,<br><br>      Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the U.S. DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>      Defendants. | Case No. 25-cv-1962 |

**STIPULATION AND PROPOSED ORDER FOR AN
EXTENSION OF DEFENDANTS' DEADLINE TO FILE
AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT**

Plaintiff Student Doe No. 1 and Defendants Kristi Noem, in her official capacity as Secretary of Homeland Security, the U.S. Department of Homeland Security ("DHS"), and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement (Defendants), stipulate and agree, subject to the Court's approval, that the United States may have until July 30, 2025, to respond to Plaintiff's Complaint.

Plaintiff filed a Complaint on April 17, 2025, seeking declaratory and injunctive relief, as well as review under the Administrative Procedure Act of DHS's termination of Plaintiff's record in the Student and Exchange Visitor Information System (SEVIS) database. ECF No. 1. On June 4, this Court granted the Plaintiff's motion for a preliminary injunction, ordering that the relief set forth

in the Court's Order "shall remain in effect until a final order is entered in this case." ECF No. 52.

Plaintiff and the United States continue to confer about this matter and consider whether the parties can agree to resolution without the need for further litigation. The parties respectfully request that this Court approve their request for an extension of Defendants' deadline to file an answer or other response to the Complaint.

| | |
|---|---|
| Dated: June 26, 2025 | Respectfully submitted, |
| /s/ David S. Santee | DAVID METCALF |
| DAVID S. SANTEE | United States Attorney |
| Law Offices of David S. Santee, LLC | |
| 12 Veterans Square, Suite 1 | /s/ Gregory B. in den Berken |
| Media, PA 19063 | GREGORY B. IN DEN BERKEN |
| Telephone: (215) 717-8000 | ERIN E. LINDGREN |
| Facsimile: (215) 895-3995 | ANTHONY ST. JOSEPH |
| david@santeelawoffices.com | Assistant United States Attorneys |
| | Eastern District of Pennsylvania |
| Kasturi Sen, Esquire | 615 Chestnut Street, Suite 1250 |
| Goldshaw Greenblatt Pierce LLC | Philadelphia, PA 19106 |
| O: 215-978-9090 | Phone: (215) 861-8200 |
| M: 917-302-0685 | Email: gregory.indenberken@usdoj.gov |
| ksen@ggplawfirm.com | erin.lindgren@usdoj.gov |
| | anthony.stjoseph@usdoj.gov |
| *Attorneys for Plaintiff Student Doe No. 1* | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE NO. 1,<br><br>          Plaintiff,<br><br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the U.S. DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>          Defendants. | Case No. 25-cv-1962 |

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants shall have until July 30, 2025, to file an answer or other response to the Complaint.

Dated: June __, 2025           BY THE COURT:

_____
CYNTHIA M. RUFE, J.

## **CERTIFICATE OF SERVICE**

I certify that on this 26th day of June 2025, a true and correct copy of the foregoing Stipulation and Proposed Order for an Extension of Defendants' deadline to file an answer or other response was filed electronically via the Court's CM/ECF system and served via CM/ECF on all counsel of record.

*/s/ Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN
Assistant United States Attorney